AO 450 (SCD 04/2010)  Judgment in a Civil Action

# United States District Court
### for the
District of South Carolina

| | |
|---|---|
| Jamar Kennedy | ) |
| *Plaintiff* | ) |
| v. | ) |
| Sheldon Hughes, Cpt. Sumter, Lt. Julius,  et al | ) |
| *Defendant* | ) |

Civil Action No.    4:22-cv-1867-JD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III, United States District Judge.

Date:    September 13, 2022

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes

_____
*Signature of Clerk or Deputy Clerk*